# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142933 & (18)(24)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                             SC: 142933
                                             COA: 299462

RANDALL MARK BRYANT,
        Defendant-Appellant.
                                             Wayne CC: 93-001098-01-FC

_____/

      By order of September 26, 2011, the prosecuting attorney was directed to answer the application for leave to appeal the March 18, 2011 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to remand is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

d1219

_____
Clerk